1  LYON LAW PC
   GEOFFREY C. LYON (Bar No. CA 290044)
2  E-mail: glyon@lyonlawyer.com
   400 Oceangate Suite 450
3  Long Beach, CA 90802
   Telephone: 562-590-6900
4  Facsimile: 562-590-6945

5  Attorneys for Plaintiff

6

7  MANATT, PHELPS & PHILLIPS, LLP
   ROBERT H. PLATT (Bar No. CA 108533)
   Email: rplatt@manatt.com
8  ANDREW L. SATENBERG (Bar No. CA 174840)
   E-mail: asatenberg@manatt.com
9  OLUFUNMILAYO O. SHOWOLE (Bar No. CA 293780)
   E-mail: oshowole@manatt.com
10 11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
11 Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
12
   Attorneys for Defendant
13 H & M HENNES & MAURITZ, L.P.

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  TERRANCE WHITE, | Case No. CV-14-1483-MMM-MAN |
| 19             Plaintiff, | Assigned to the Honorable Margaret M. Morrow |
| 20      vs. | **RULE 26(F) JOINT REPORT** |
| 21  H & M HENNES & MAURITZ, L.P., | Date: April 14, 2014 |
| 22             Defendant. | Time: 9:00 a.m. Location: Courtroom 780 |
| 23 |  |
| 24 | Discovery Cutoff: None Motion Cutoff: None Trial Date: None |

25

26

27

28

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Fed. R. Civ. P. 26(f), the following is a report regarding the conference of the parties held between Stephen V. Elzie of Lyon Law on behalf of Plaintiff Terrance White ("Plaintiff"), and Andrew L. Satenberg and Olufunmilayo O. Showole of Manatt, Phelps & Phillips, LLP on behalf of Defendant H & M Hennes & Mauritz, L.P. ("Defendant"). The conference was held on March 21, 2014.

The parties met and conferred to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed plan that indicates the parties' views and proposals.

## I. STATEMENT OF THE CASE

### A. Plaintiff's Contentions

Plaintiff asserts four causes of action against Defendant : 1) Discrimination Based Upon Race/Ancestry/Color – Disparate Treatment; 2) Retaliation for Opposing Violations of Govt. Code Part 2.8; 3) Failure to Prevent Harassment and Discrimination; and 4) Wrongful Termination in Violation of Public Policies.

### B. Defendant's Contentions

Defendant denies all liability with respect to Plaintiff's claims. Defendant denies that Plaintiff has been damaged in any sum, or at all, by reason of any act or omission to act on the part of Defendant, or on the part of any of Defendant's agents, servants, employees or representatives. Defendant further denies that Plaintiff is entitled to punitive damages.

## II. INITIAL DISCLOSURES

The parties agree to exchange the initial disclosure information on or before Friday, April 18, 2014.

### III. DISCOVERY

The parties propose a discovery cut-off date of Friday, January 30, 2015. The parties have agreed that it is not necessary to conduct discovery in phases in this case.

### IV. MOTION HEARING CUT-OFF DATE

The parties propose a motion hearing cut-off date of Friday, February 27, 2015.

### V. TRIAL

The parties propose a final pretrial conference date of Monday, March 9, 2015. The parties propose a trial date of Monday, March 30, 2015. The parties estimate that the trial of this case will take approximately 5 to 7 court dates.

### VI. SETTLEMENT EFFORTS AND SETTLEMENT SELECTION

The parties have conferred on ADR Procedures and currently believe that it is too early to effectively engage in settlement discussions. The parties agree that a settlement discussion may be appropriate at the completion of the first round of discovery and depositions. Both parties remain amenable to private mediation and have agreed to do so no later than January 30, 2015.

### VII. COMPLEX CASE

The parties do not believe this is a complex case, and the procedures of the Manual for Complex Litigation will not be necessary in this case.

### VIII. LIKELIHOOD OF ADDING PARTIES OR AMENDING THE PLEADINGS

The parties do not anticipate filing motions to add parties, claims, or amend pleadings, or transfer venue.

### IX. DISPOSITIVE MOTIONS

**A. Plaintiff's Statement**

Plaintiff does not currently anticipate filing any dispositive motions.

**B. Defendant's Statement**

Defendant anticipates filing a Motion for Summary Judgment.

## X. UNUSUAL LEGAL ISSUES

The parties are, at this time, unaware of any unusual legal issues presented by this case.

## XI. SEVERANCE, BIFURCATION, OR OTHER ORDERING OF PROOF

The parties do not have any proposals regarding severance, bifurcation, or other ordering of proof at this time. Defendant reserves the right to request bifurcation of the trial into a phase for liability and a phase for damages.

## XII. DISCOVERY PLAN

The parties agree that no changes are necessary to the timing, form, or requirement for disclosures under Fed. R. Civ. P. 26(a). As stated in Section II, above, the parties agree to exchange Initial Disclosures on or before Friday, April 18, 2014.

The parties intend to conduct discovery regarding every aspect of liability and damages for each of Plaintiff's claims. As stated in Section III, above, the parties propose a discovery cut-off date of Friday, January 30, 2015. The parties do not believe it is necessary to conduct discovery in phases in this action, nor do they believe it is necessary to limit discovery to particular issues.

The parties do not anticipate any problems with electronic discovery in this case.

There are no issues at present concerning claims of privilege, although the parties agree that certain documents are confidential and should be subject to a confidentiality order.

The parties do not propose any additional limitations on discovery beyond those imposed by the Federal Rules of Civil Procedure and the Local Rules.

The parties do not propose any other orders that the court should issue under Fed. R. Civ. P. 26(a) or under Fed. R. Civ. P. 16(b) and (c).

The parties agree that an expedited schedule is not necessary in this case.

## XIII. **PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Initial Disclosures Due | Friday, April 18, 2014 |
| Discovery Cut-off | Friday, January 30, 2015 |
| Motion Hearing Deadline | Friday, February 27, 2015 |
| Final Pre-Trial Conference | Monday, March 9, 2015 |
| Trial | Monday, March 30, 2015 |

Dated: April 2, 2014

MANATT, PHELPS & PHILLIPS, LLP
Robert H. Platt
Andrew L. Satenberg
Olufunmilayo O. Showole


By: /s/ Olufunmilayo Showole
     Olufunmilayo Showole

     Attorneys for Defendant
     H&M HENNES & MAURITZ, L.P.

Dated: April 2, 2014

LYON LAW PC


By: /s/ Gregory Wilbur
     Geoffrey C. Lyon

     Attorneys for Plaintiff